| | |
|---|---|
| Ali R. Nader, SBN 183134<br>Amir A. Nader, SBN 277014<br>NADER, NARAGHI & WOODCOCK, APLC<br>16530 Ventura Boulevard, Suite 405<br>Encino, California 91436<br>Telephone: (818) 461-0255<br>Facsimile: (818) 461-0253<br>Email: ali@nnwlegal.com<br>Email: amir@nnwlegal.com | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>See attached list | CASE NO.: See list attached<br><br>Chapter: See list attached |
|---|---|
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☒ Debtor's Attorney    ☐ Joint-Debtor    ☐ Creditor

Attorneys who wish to make a change of mailing address must use CM/ECF.

**2. Old Firm Name:**
Name(s): Nader Law Firm, APLC., Ali R. Nader
Mailing Address: 16530 Ventura Blvd. #405
City, State, Zip Code: Encino, CA 91436

**3. New Firm Name:**
Name(s): Nader, Naraghi & Woodcock, APLC
Mailing Address: 16530 Ventura Blvd. #405
City, State, Zip Code: Encino, CA 91436

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Requestor's printed name:    Ali R. Nader

Requestor's signature:    *[signature]*

Date:    8/14/2015

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                                                                                F 1002-1.3.Change.Address

| Name | Case Number |
|---|---|
| Victoriano, Corazon Manalo | 2:12-bk-40850-WB |
| McNeish, Byron E & Sandra I | 2:12-bk-41283-VZ |
| Jimenez, Orlando & Flor M | 2:12-bk-42256-SK |
| Villa, Joseph A | 2:12-bk-42802-NB |
| Calata, Nestor | 2:12-bk-46227-NB |
| Yap, Herawati & Masbrata, Rudi | 2:12-bk-46395-NB |
| Sztencel, Karol B | 2:12-bk-46696-NB |
| Vennero, Lesley & Guy (second case) | 2:12-bk-49335-WB |
| Palaganas, Catalina M & Raul G | 2:12-bk-50615-WB |
| Culver, William Jay & Karen L | 2:12-bk-50922-NB |